NTCRDO7 (12/15)



In Re: **Thomas K. Stephenson**

Case No.: **19−00149−SMT**
Chapter: **11**

United States Bankruptcy Court for the
District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

**ORDER TO FILE REQUIRED DOCUMENTS**
========================================================

The following documents required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure have not yet been filed:

| | | | |
|---|---|---|---|
| ☑ | Schedules A/B−J (Official Form 106 for individuals or 206 for non−individuals)[1] | ☑ | Statement of Your Financial Affairs (Official Form 107 for individuals or 207 for non−individuals) |
| ☑ | Copies of All Payment Advices or Other Evidences of Payment/Statement That No Evidence of Payment Exists[2] | ☑ | Chapter 7 Statement of Your Current Monthly Income (Form 122A−1 for Ch−7 or 122B for Ch−11) |
| ☐ | Statement of Intention For Individuals (Official Form 108)(if the debtor's schedules reflect debts secured by property of the estate) | | |

With the exception of the Statement of Intention For Individuals (Official Form 108),[3] the missing documents indicated above must be filed by 3/26/2019 to comply with the Federal Rules of Bankruptcy Procedure. **Failure to file the missing documents within fourteen (14) days of the petition date may result in dismissal of this case.** It is

ORDERED that, unless the debtor obtains an extension of time, the debtor must file the foregoing documents by 3/26/2019.[4]

Copies to: Debtor(s); Attorney for the Debtor(s) (if any).
_____

[1] All Official Forms are available at http://www.uscourts.gov/bkforms/bankruptcy_forms.html. If schedules D or E/F are filed after the mailing matrix and list of creditors are filed, the debtor(s) must file either an amended mailing matrix and list of creditors or a certification that no changes have been made to the mailing matrix. Finally, the debtor(s) must pay a $31.00 fee if the schedules require the filing of an amended mailing matrix and list of creditors to add or delete a creditor.

[2] A debtor who has received no payment advices or other evidence of payment from an employer within the sixty (60) days preceding the filing of the petition may satisfy the requirements of § 521(a)(1)(B)(iv) by filing a statement to that effect on the court's docket.

[3] A debtor with consumer debts secured by property of the estate must "file with the clerk a statement of his intention with respect to the retention or surrender of such property and, if applicable, specifying that such property is claimed as exempt, that the debtor intends to redeem such property, or that the debtor intends to reaffirm debts secured by such property . . . ." 11 U.S.C. § 521(a)(2)(A). The statement of intention must be filed by the **earlier** of (1) thirty (30) days after the petition date, or (2) the meeting of creditors required by 11 U.S.C. § 341, although the court may set a different deadline for good cause. If a debtor fails to file a statement of intention in a timely manner, the automatic stay provided by 11 U.S.C. § 362 will terminate "with respect to personal property of the estate or of the debtor securing in whole or in part a claim, or subject to an unexpired lease, and such personal property shall no longer be property of the estate . . . ." 11 U.S.C. § 362(h).

[4] Pursuant to a motion requesting an extension for cause the court may grant an extension of time under F.R. Bankr. P. 9006. The court generally looks with disfavor on motions to extend the deadline to file the required documents to a date after the meeting of creditors.

For the Court:
Angela D. Caesar

Dated: 3/13/19

By:
FB

United States Bankruptcy Court
District of Columbia

In re:  
Thomas K. Stephenson  
     Debtor

Case No. 19-00149-SMT  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 1     Date Rcvd: Mar 13, 2019  
                    Form ID: ntcrdo7    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2019.  
dbpos         Thomas K. Stephenson,    711 49th Street, NE,    Apt #1A,    Washington, DC    20019-4815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2019                                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2019 at the address(es) listed below:  
         Charles M. Maynard    on behalf of Debtor In Possession Thomas K. Stephenson  
          CMaynard@MaynardLawGroup.com  
         Joseph A. Guzinski    on behalf of U.S. Trustee    U. S. Trustee for Region Four  
          Joseph.A.Guzinski@usdoj.gov,    USTPRegion04.DC.ECF@USDOJ.GOV;Bradley.D.Jones@usdoj.gov  
         U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV  
                                                                                                      TOTAL: 3