| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** | Thomas K. Stephenson<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–2621<br>EIN: _ _ – _ _ _ _ _ _ _ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | United States Bankruptcy Court for the District of Columbia | Date case filed for chapter:   11   3/12/19 |
| Case number: | 19–00149–SMT | |

Official Form 309E (For Individuals or Joint Debtors)

# Notice of Chapter 11 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Thomas K. Stephenson | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 711 49th Street, NE<br>Apt #1A<br>Washington, DC 20019–4815 | |
| 4. | **Debtor's attorney**<br>Name and address | Charles M. Maynard<br>401 East Jefferson Street<br>Suite 208<br>Rockville, MD 20850 | Contact phone 301–294–6003<br>Email CMaynard@MaynardLawGroup.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001 | Hours open:<br>9:00 am – 4:00 pm Monday to Friday<br>Contact phone (202) 354–3280<br>Date: 3/19/19 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 18, 2019 at 01:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **333 Constitution Ave., N.W., Room 1207, First Floor, Washington, DC 20001** |
| **7.** | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** <ul><li>if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or</li><li>if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).</li></ul> | First date set for hearing on confirmation of plan. The court will send you a notice of that date later. **Filing deadline for dischargeability complaints: 6/17/19** |
| | | **Deadline for filing proof of claim:** **For all creditors (except a governmental unit):** 7/29/19 **For a governmental unit:** 9/9/19 A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: <ul><li>your claim is designated as *disputed*, *contingent*, or *unliquidated*;</li><li>you file a proof of claim in a different amount; or</li><li>you receive another notice.</li></ul> If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | | |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **8.** | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **9.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| **10.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| **11.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |

```
                        United States Bankruptcy Court
                             District of Columbia

In re:                                                    Case No. 19-00149-SMT
Thomas K. Stephenson                                      Chapter 11
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0090-1          User: admin              Page 1 of 2          Date Rcvd: Mar 19, 2019
                              Form ID: 309E            Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2019.
dbpos          Thomas K. Stephenson,    711 49th Street, NE,    Apt #1A,    Washington, DC 20019-4815
aty           +Joseph A. Guzinski,    DOJ-Ust,   1725 Duke St.,    Suite 650,   Alexandria, VA 22314-3489
smg            Child Support Services Division,    Office of the Attorney General,
                Judiciary Square 441 4th Street, NW,    5th Floor,   Washington, DC 20001
smg           +District Unemployment Compensation Board,    4058 Minnesota Ave., NE,    4th Floor,
                Washington, DC 20019-3540
smg           +Office of Attorney General,    Tax, Bankruptcy, and Finance,    One Judiciary Square,
                441 4th Street, NW,    6th Floor,    Washington, DC 20001-2714
smg            Secretary of the Treasury,    15th and Pennsylvania Aveneu, NW,    Washington, DC 20220-0001
smg            U.S. Attorney's Office,    Civil Division - Judiciary Ct. Building,    555 4th St., N.W.,
                4th Floor,   Washington, DC 20001-2733
ust           +U. S. Trustee for Region Four,    U. S. Trustee's Office,    1725 Duke Street,   Suite 650,
                Alexandria, VA 22314-3489
725938         Benjamin P. Smith, Esq.,    Shulman, Rogers, Gandal, Pordy & Ecker,,
                12505 Park Potomac Ave Fl 6,    Potomac, MD 20854-6803
726106        +District of Columbia,    Office of the Attorney General,    441 4th Street, N.W.,
                Washington, DC 20001-2714
725939         Eagle Bank,    6010 Executive Blvd Fl 8,    Rockville, MD 20852-3809
725940         Jessica Hepburn Sadler, Esq.,    Ballard Spahr, LLP,    1909 K St NW Fl 12,
                Washington, DC 20006-1152
725941        +John D. Sadler, Esq.,    Ballard Spahr,    1909 K St NW Fl 12,    Washington, DC 20006-1117
725942         Karen A. Bower,    Law office of Karen Bower,    1629 K St NW Ste 300,
                Washington, DC 20006-1631
726117        +Nancy L. Alper,    Senior Assistant Attorney General,    441 Fourth Street, N.W., Suite 1010S,
                Washington, DC 20001-2714
725943         Robyn Bender, Esq.,    Office of the Attorney General,    441 4th St NW Ste 630S,
                Washington, DC 20001-2714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: CMaynard@MaynardLawGroup.com Mar 19 2019 23:59:37     Charles M. Maynard,
                401 East Jefferson Street,    Suite 208,   Rockville, MD 20850
smg           +E-mail/Text: angela.coleman@dc.gov Mar 19 2019 23:59:38     D.C. Office of Tax and Revenue,
                Bankruptcy Division,    1101 4th Street SW,    Washington, DC 20024-4457
smg            EDI: IRS.COM Mar 20 2019 04:08:00     Internal Revenue Service,    P.O. Box 7346,
                Philadelphia, PA 19101-7346
smg            E-mail/Text: atlreorg@sec.gov Mar 19 2019 23:59:39     Securities and Exchange Commission,
                Atlanta Regional Office,    Office of Reorganization,    950 East Paces Ferry Road NE, Ste. 900,
                Atlanta, GA 30326-1382
725937         E-mail/Text: bankruptcy@bbandt.com Mar 19 2019 23:59:38     BB&T Company,    PO Box 1847,
                Wilson, NC 27894-1847
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2019 at the address(es) listed below:
              Charles M. Maynard   on behalf of Debtor In Possession Thomas K. Stephenson
               CMaynard@MaynardLawGroup.com
              Jessica Hepburn Sadler   on behalf of Creditor   Branch Banking and Trust Company
               sadlerjh@ballardspahr.com, andersonn@ballardspahr.com
```

```
District/off: 0090-1           User: admin              Page 2 of 2              Date Rcvd: Mar 19, 2019
                               Form ID: 309E            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        John D. Sadler    on behalf of Creditor    Branch Banking and Trust Company sadlerj@ballardspahr.com
        Joseph A. Guzinski    on behalf of U.S. Trustee    U. S. Trustee for Region Four
        Joseph.A.Guzinski@usdoj.gov, USTPRegion04.DC.ECF@USDOJ.GOV;Bradley.D.Jones@usdoj.gov
        Nancy L. Alper    on behalf of Creditor    District of Columbia nancy.alper@dc.gov
        U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV
        TOTAL: 6