The order below is hereby signed.

Signed: March 26 2019



_S. Martin Teel, Jr._
_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| THOMAS K. STEPHENSON, | ) | Case No. 19-00149 |
| | ) | (Chapter 11) |
| Debtor. | ) | |

ORDER DENYING DEBTOR'S MOTION
FOR EMERGENCY INTERIM AND PERMANENT USE OF CASH COLLATERAL

The debtor's *Motion for Emergency Interim and Permanent Use of Cash Collateral* ("*Motion*") partially fails to comply with Rule 4001(b)(1)(B) by failing to identify the specific location of each provision of a character listed in Rule 4001(b)(1)(B)(i) through (iv) in the proposed *Order*. The *Motion* also does not comply with LBR 5005-3(a), which requires proof of service "in the form of a certificate of service either attached to the paper served or docketed separately." Moreover, the debtor, who has not filed the List of Creditors Holding 20 Largest Unsecured Claims, cannot have certified service on "the creditors included on the list filed under Rule 1007(d)" as required by Rule 4001(b)(1)(C). It is therefore

ORDERED that the debtor's *Motion for Emergency Interim and*

*Permanent Use of Cash Collateral* (Dkt. No. 17) is DENIED without prejudice to refiling of the *Motion* with the required modifications as discussed above.

                                                        [Signed and dated above.]

Copies to: Debtor; Attorney for the Debtor; Office of the U.S. Trustee; e-recipients.