The order below is hereby signed.

Signed: April 29 2019



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

```
In re                          )
                               )
THOMAS K. STEPHENSON,           )   Case No. 19-00149
                               )   (Chapter 11)
            Debtor.             )
```

ORDER DENYING APPLICATION
TO APPROVE EMPLOYMENT OF SPECIAL COUNSEL

Although 11 U.S.C. § 327(e) does not require that a proposed special counsel be disinterested, it does require that the proposed special counsel not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which such attorney is to be employed. The declaration submitted in support of the *Application to Approve Employment of Special Counsel* indicates: "The firm represents an interest adverse to the Debtor-in-Possession herein, or his estate in the manner upon, which the firm is engaged as is evidenced by the ongoing civil case in the DC Superior Court." It is thus

ORDERED that the *Application to Approve Employment of Special Counsel* (Dkt. No. 37) is DENIED.

[Signed and dated above.]

Copies to: Debtor; recipients of e-notifications.

2

Copies to: Debtor; recipients of e-notifications.

United States Bankruptcy Court
District of Columbia

In re:  
Thomas K. Stephenson  
    Debtor

Case No. 19-00149-SMT  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 1     Date Rcvd: Apr 29, 2019  
                    Form ID: pdf001    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2019.  
dbpos       Thomas K. Stephenson,   711 49th Street, NE,   Apt #1A,   Washington, DC  20019-4815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2019 at the address(es) listed below:
          Benjamin P. Smith   on behalf of Creditor   EagleBank bsmith@shulmanrogers.com,  
           ctremper@shulmanrogers.com  
          Charles M. Maynard   on behalf of Debtor In Possession Thomas K. Stephenson  
           CMaynard@MaynardLawGroup.com  
          Jessica Hepburn Sadler   on behalf of Creditor   Branch Banking and Trust Company  
           sadlerjh@ballardspahr.com,   andersonn@ballardspahr.com  
          John D. Sadler   on behalf of Creditor   Branch Banking and Trust Company sadlerj@ballardspahr.com  
          Joseph A. Guzinski   on behalf of U.S. Trustee   U. S. Trustee for Region Four  
           Joseph.A.Guzinski@usdoj.gov,   USTPRegion04.DC.ECF@USDOJ.GOV;Bradley.D.Jones@usdoj.gov  
          Nancy L. Alper   on behalf of Creditor   District of Columbia nancy.alper@dc.gov  
          U. S. Trustee for Region Four   USTPRegion04.DC.ECF@USDOJ.GOV  
                                                                                      TOTAL: 7