LOCAL OFFICIAL FORM NO. 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                                         )
                                              )   Case No. 19-00149
                                              )
Thomas K. Stephenson          ,               )   Chapter 11
                                              )
                                              )
              Debtor(s).                      )

LBR 1007-2(b) STATEMENT OF NO ALTERATIONS

The schedules filed herewith:

1. do not add any entity not included on the existing List of Creditors and Mailing Matrix (as amended by any amendments that have been made thereto); and

2. do not change the name or address of any entity as listed on the existing List of Creditors and Mailing Matrix (as amended by any amendments that have been made thereto).

I HEREBY CERTIFY under penalty of perjury that the information on this statement is true, correct, and complete.

Debtor's Signature: /s/ Thomas K. Stephenson

Printed name of Debtor: Thomas K. Stephenson

Date: 05/09/19