# EXHIBIT A

TERM SHEET



## WASHINGTON
CAPITAL PARTNERS

This letter shall confirm that Washington Capital Partners (WCP) or assigns have entered into a binding agreement whereby WCP has committed to provide financing for the property described below, subject to WCP's determination that such private loan complies with the requirements of WCP, including, without limitation, the underwriting requirements of WCP. The following summarizes certain terms and conditions of such Commitment.

## Loan Terms:

Property Address: **719 49th St NE Washington DC**

Primary Borrower: **Thomas Stephenson as 719-49 Street LLC**

Loan Amount: **$500,000.00**         Construction Draw: **$0.00**

Borrower will be putting **$0.00** as a down payment at time of closing.

Interest Rate: **11%**         Origination Fee: **4 points**         Loan Term: **12 Months**
Upfront Fee: **$2,000.00** (Towards closing costs)    Closing Date: **05/06/2019**
Pre-Paid Interest: **$0.00**

OMB NO. 2502-0265

| A. U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT ESTIMATED SETTLEMENT STATEMENT | B. TYPE OF LOAN | | | | | |
|---|---|---|---|---|---|---|
| | 1. FHA | 2. FmHA | 3. X Conv. Unins. | 4. VA | 5. Conv. Ins. | |
| | 6. FILE NUMBER: 19-2041 | | | 7. LOAN NUMBER: | | |
| | 8. MORTGAGE INS CASE NUMBER: | | | | | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. NAME AND ADDRESS OF BORROWER: Thomas Stephenson | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: WCP Fund I, LLC 2815 Hartland Road, Suite 200 Falls Church, VA 22043 |
|---|---|---|
| G. PROPERTY LOCATION: 719 49th St NE, Apt 1 Washington, DC 20019 District Of Columbia County, District of Columbia SSL 5179 0058 | H. SETTLEMENT AGENT: Brick House Title Benefit Corp. PLACE OF SETTLEMENT: 1734 Elton Rd. Suite 210 Silver Spring, MD 20903 | I. SETTLEMENT DATE: June 30, 2019 DISBURSEMENT DATE: July 5, 2019 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 500,000.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/Town taxes | | 406. City/Town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 500,000.00 | 420. GROSS AMOUNT DUE TO SELLER | 0.00 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER: | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 500,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/Town taxes | | 510. City/Town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 500,000.00 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 0.00 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER: | | 600. CASH AT SETTLEMENT TO/FROM SELLER: | |
| 301. Gross amount due from Borrower (Line 120) | 500,000.00 | 601. Gross amount due to Seller (Line 420) | 0.00 |
| 302. Less amount paid by/for Borrower (Line 220) | ( 500,000.00) | 602. Less reductions due Seller (Line 520) | ( 0.00) |
| 303. CASH FROM/TO BORROWER | 0.00 | 603. CASH TO/FROM SELLER | 0.00 |

## L. SETTLEMENT CHARGES

| | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. | TOTAL COMMISSION Based on Price $ @ % | | | |
| | Division of Commission (line 700) as Follows: | | | |
| 701. | to | | | |
| 702. | to | | | |
| 703. | Commission Paid at Settlement | | | |
| 704. | to | | | |
| 705. | to | | | |
| 800. | **ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | |
| 801. | Loan Origination Fee % to | | | |
| 802. | Loan Discount % to | | | |
| 803. | Appraisal fee to | | | |
| 804. | Credit report to | | | |
| 805. | Lender's inspection fee to | | | |
| 806. | Mortgage insurance application fee to | | | |
| 807. | Mortgage broker fee to | | | |
| 808. | Loan Fees to WCP Fund I, LLC | | 100,000.00 | |
| 809. | to | | | |
| 810. | to | | | |
| 811. | to | | | |
| 900. | **ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | |
| 901. | Interest From 07/05/19 to 08/01/19 @ $ /day ( 27 days %) | | | |
| 902. | Mortgage insurance premium for month to | | | |
| 903. | Hazard insurance premium for year to | | | |
| 904. | for year to | | | |
| 905. | to | | | |
| 1000. | **RESERVES DEPOSITED WITH LENDER** | | | |
| 1001. | Hazard insurance Months @ $ per Month | | | |
| 1002. | Mortgage insurance Months @ $ per Month | | | |
| 1003. | City property taxes Months @ $ per Month | | | |
| 1004. | County property taxes Months @ $ per Month | | | |
| 1005. | Annual assessments Months @ $ per Month | | | |
| 1006. | Loan Fees Months @ $ per Month | | | |
| 1007. | Months @ $ per Month | | | |
| 1008. | Months @ $ per Month | | | |
| 1100. | **TITLE CHARGES** | | | |
| 1101. | Settlement Fee to Brick House Title Benefit Corp. | | 295.00 | |
| 1102. | Abstract Fee to Trinity Title Services, Inc. | | 600.00 | |
| 1103. | Title Examination Fee to Brick House Title Benefit Corp. | | 950.00 | |
| 1104. | Title insurance binder to | | | |
| 1105. | Document preparation to | | | |
| 1106. | CPL Fee to WFG National Title Insurance Company | | 50.00 | |
| 1107. | Attorney's fees to | | | |
| | (includes above item numbers: ) | | | |
| 1108. | Loan policy premium to Brick House Title Benefit Corp. | | 2,350.00 | |
| | (includes above item numbers: ) | | | |
| 1109. | Lender's coverage $ 625,000.00   2,350.00 | | | |
| 1110. | Owner's coverage | | | |
| 1111. | Release Procurement Fee to Brick House Title Benefit Corp. | | 405.00 | |
| 1112. | Copy/Wire/Delivery Fee to Brick House Title Benefit Corp. | | 55.00 | |
| 1113. | Release Tracking Fee to PropLogix | | 45.00 | |
| 1114. | DC Tax Certificate to DC Treasurer | | 15.00 | |
| 1115. | E-Recording to Dannet LLC | | 9.00 | |
| 1200. | **GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | |
| 1201. | Recording fees: Deed  ; Mortgage $ 156.50;  Releases | | 156.50 | |
| 1202. | City/County Transfer Tax: Deed  ; Mortgage $ 7,250.00 | | 7,250.00 | |
| 1203. | Deed  ; Mortgage | | | |
| 1204. | City Recordation Tax to DC Treasurer | | 7,250.00 | |
| 1205. | to | | | |
| 1300. | **ADDITIONAL SETTLEMENT CHARGES** | | | |
| 1301. | Payoff Judgement Creditor to Eagle Bank | | 107,458.60 | |
| 1302. | Payoff Judgement Creditor to BB&T Bank | | 56,227.92 | |
| 1303. | Payoff Judgement Creditor to Dannet LLC | | 74,365.35 | |
| 1304. | Attorney Fees to Thompson Law Firm | | 60,000.00 | |
| 1305. | Attorney Fees to Law Offices of Karen Bower | | 22,665.56 | |
| 1306. | Loan Proceeds to Law Offices of Karen Bower | | 59,852.07 | |
| 1400. | **TOTAL SETTLEMENT CHARGES** (Enter on Lines 103, Section J and 502, Section K) | | 500,000.00 | 0.00 |

## Estimated HUD-1, Attachment

**Borrower:** Thomas Stephenson
**Lender:** WCP Fund I, LLC
**Settlement Agent:** Brick House Title Benefit Corp.
(301)563-9669
**Place of Settlement:** 1734 Elton Rd,
Suite 210
Silver Spring, MD 20903
**Settlement Date:** June 30, 2019
**Disbursement Date:** July 5, 2019
**Property Location:** 719 49th St NE, Apt 1
Washington, DC 20019
District Of Columbia County, District of Columbia
SSL 5179 0058

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of th funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

Brick House Title Benefit Corp.
Settlement Agent

**WARNING:** It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Printed on 06/05/19 at 11:16:41AM by ify.ozomah                                                    19-2041 / 7

# EXHIBIT B



# AMERICAN FINANCIAL NETWORK INC.
## - - - - - - FINANCING THE AMERICAN DREAM - - - - - -

**American Financial Network**
**9200 Corporate BVLD, Suite 320, Rockville, MD 20850**

5/2/2019

This letter shall confirm that American Financial Network, Inc. (AFN) or assigns have entered into a binding agreement whereby lender has committed to provide financing for the property described below, subject to lender's determination that such private loan complies with the requirements of lender, including, without limitation, the underwriting requirements of AFN. The following summarizes certain terms and conditions of such Commitment.

Loan Terms: Property Addresses: 5128 Sheriff Road, NE., WDC 20019; 5134 Sheriff Road NE, WDC 20019
Primary Borrower: Thomas Stephenson as TBD, LLC
Loan Amount: $ 1.5M
Borrower will be putting $0.00 as a down payment at time of closing.
Borrower to bring current notes current.
Interest Rate: 8%
Origination Fee: 4 points Loan Term: 60 Months Upfront Fee: $1,450.00(Towards closing costs)
Closing Date: 45 days.

## Approval Conditions:

This term sheet is contingent upon an as-is appraisal of at least $2.7M. Lender's appraiser must gain access to the full building. Appraisals can range up to $450 per unit. Funding cannot take place so long as the borrower is in active bankruptcy. AFN must review and approve any documentation surrounding a forbearance agreement with all relevant creditors/lenders of Borrower. Borrower must transfer the property from his personal name into an LLC at his own expense simultaneously with or prior to settlement. Managing Partner and members of LLC to sign personal guarantee A copy of Credit Report may be obtained prior to settlement.

AFN or assigns will hold first lien/deed of trust on subject property. No subordinate liens allowed
Property valuation to be obtained **($450.00)**
Attorney's fees to be paid by borrower **($1,000.00)**
All third-party fees such as title, attorney's document preparation, valuation fees to be paid at settlement
Proof of Home Owner's Insurance on property with AFN's or assigns mortgagee clause
Settlement Company to be approved by lender
Mortgagee Clause:

Acknowledged:

Sincerely,
Kempes's Team
**Candace Hutchinson**

Corporate office: 10 Pointe Drive, STE 330 Floor | Brea, CA 92821
Licensed Mortgage Bankers | Direct Lender | Equal Housing Lender
www.afncorp.com | NMLS ID# 237341



# AMERICAN FINANCIAL NETWORK INC.
## ------FINANCING THE AMERICAN DREAM------

Assistant Branch Manager / NMLS #1680060
American Financial Network
9200 Corporate Blvd suite 320
Rockville, MD 20850
C- 267-625-3066
O -301-708-0401
F-301-708-0406
kjean@afucorp.com

*In accordance with Section 326 of the USA PATRIOT Act of 2001, American Financial Network, Inc is required to obtain a copy of the documents used in identifying our new account customers. This notice is being provided to you for adequate notice given under this act.*

Corporate office: 10 Pointe Drive, STE 330 Floor | Brea, CA 92821
Licensed Mortgage Bankers | Direct Lender | Equal Housing Lender
www,afncorp,com | NMLS ID# 237341