## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re: | * | |
| | * | |
| THOMAS K. STEPHENSON | * | Case No. 19-00149 SMT |
| | * | |
| | * | |
| Debtor | * | Chapter 11 |
| | * | |

## NOTICE OF DEBTOR'S MOTION PURSUANT
## TO 11 U.S.C § 364 (c) FOR AUTHORITY TO ENTER INTO
## FINANCE AGREEMENT WITH WASHINGTON CAPITAL PARTNERS

A Motion was filed on behalf of debtor for authority to enter into a finance agreement with Washington Capital Partners to obtain a loan. Your rights may be affected. You should read these papers carefully and discuss them with your lawyer.  A copy of the motion is attached.

If you do not want to grant the motion for authority to enter into the finance agreement, or if you want the court to consider your views on the motion, then by **July 1, 2019** you or your lawyer must file with the Clerk of the Bankruptcy Court a response to the motion explaining your position and mail a copy of the response to:

Charles M. Maynard, Esq.
200-A Monroe Street, Suite #115
Rockville, MD 20850

If you mail rather than deliver your response to the Clerk of the Court for filing, you must mail it early so that the court will receive it by the date stated above.

If you do not want the Court to grant the Motion for Authority to Enter into Finance Agreement with Washington Capital Partners, or if you want the Court to consider your views on the matter, then:

on or before **July 1, 2019**, you or your attorney must file with the Court a

written objection to the Motion for Authority to Enter into Finance

Agreement with Washington Capital Partners, together with a proposed order

required by the Local Bankruptcy Rule 9072-1.  The objection and proposed order

must be filed with the Clerk of the Bankruptcy Court for the District of Columbia, E.

Barrett Prettyman U.S. Courthouse, 333 Constitution Ave, NW, Washington, DC

20001.  You may append affidavits and documents in support of your objection.


**Date: June 17, 2019**

                                          Respectfully submitted,

                                          /s/ Charles M. Maynard
                                          Charles M. Maynard
                                          Law Office of Charles M. Maynard
                                          200-A Monroe Street, Suite#115
                                          Rockville, MD 20850
                                          301-294-6003
                                          301-294-6004 FAX

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, to the extent of the following persons not served

electronically via the CM/ECF system, I caused a copy of the above referenced pleading

to be sent on this June 17, 2019 date, by first class U.S. mail, postage prepaid to:


Joseph A. Guzinski
Assistant United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite #650
Alexandria, VA 22314

Karen A. Bower, Esq.
Law office of Karen Bower

1629 K. Street, NW Suite #300
Washington, DC 20006

Nancy L. Alper
Senior Assistant Attorney General
Office of the Attorney General for the District of Columbia
441 Fourth Street, N.W., Suite #1010S
Washington, DC 20001

Stephon D. Woods, Esq.
Robyn Bender, Esq.
Benjamin Wiseman, Esq.
Office of the Attorney General for the District of Columbia
441 4th Street, NW, Suite #630S
Washington, DC 20001

Thomas K. Stephenson
5134 Sheriff Road, NE, Apt #B-1
Washington, DC 20019

Benjamin P. Smith, Esq.
Schulman Rogers
12505 Park Potomac Ave, 6th Floor
Potomac. MD 20854

Jessica Hepburn Sadler, Esq.
Ballard Spahr, LLP
1909 K. Street, N.W., 12th Floor
Washington, DC 20006

John D. Sadler, Esq.
Ballard Spahr, LLP
1090 K Street, NW, 12th Floor
Washington, DC 20006

Thomas K. Stephenson
711 49th Street, NE, Apt #1A
Washington, DC 2001

/s/ Charles M. Maynard
Charles M. Maynard