## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: | : |
| | : |
| | : |
| THOMAS K. STEPHENSON | : Case No.:  19-00149 SMT |
| | : |
| | : |
| Debtor | : Chapter 11 |
| | : |
| | : |
| | : |
| | : |

## RESPONSE TO MOTION TO CONTINUE RETENTION AND FUNDING OF STATE COURT ORDERED RECEIVER PURSUANT TO SUPERIOR COURT ORDERS

COMES NOW the Debtor, Thomas K. Stephenson by and through his counsel, Charles M. Maynard, Esquire, files this response to the Motion to Motion to Continue Retention and Funding of State Court Ordered Receiver Pursuant to Superior Court Orders and in support of which states the following:

1. That the Debtor agrees with the statements made in paragraphs #1 and #2.

2. That the Debtor agrees with the statement made in paragraph #3.

3. That the Debtor does not have sufficient information to agree or disagree with the statement made in paragraph #4.

4. That the Debtor agrees with the statements made in paragraphs #5, #6 and #7.

5. That Debtor agrees with the statements made in paragraphs #8 and #9.

6. That the Debtor agrees with the statements made in paragraphs #10, #11, #12 and #13 due in part to specific tenants withholding their monthly rental payments.

7.  That the Debtor agrees with the statements made in paragraphs #14, #15, #16, #17, #18, #19 and #20.

8.  The Debtor agrees with the statement made in paragraph #21.

9.  The Debtor does not have sufficient information to agree with the statements made in paragraphs #22 and #23 and leaves the Movant to its own proof.

10. The Debtor agrees with the statements made in paragraphs #24, #25 and #26.

11. The Debtor agrees in part and disagrees in part with the statement made in paragraph #27.

12.  That the Debtor agrees with the statement made in paragraph #28.

13.  That the Debtor agrees with the statement made in paragraph #29.

14.  That the Debtor disagrees with the statement made in paragraphs #30 as this Court has now Ordered the appointment of a Trustee pursuant to U.S.C § 1104 and the continued retention of the Receiver is likely to be duplicative and financially burdensome to the Debtor as the scope of responsibilities that the Trustee as enumerated pursuant to Sections §704 and §1106 of the Bankruptcy Code encompasses what the Receiver is now tasked to perform.

15.  That the Debtor agrees in part and disagrees in part with the statements made in paragraphs #32 based on the response stated above in #14.

16. That the Debtor agrees with the statements made in paragraph #34 and #35. There is no #33.

17.  That Debtor agrees in part and disagrees in part with the statement made in paragraph #36 now that a Bankruptcy Trustee will be appointed pursuant to 11 U.S.C § 1104.

18.  That the Debtor agrees with the statements propounded in paragraph #37, #38, #39, 40, #41 and #42.

19. That the Debtor disagrees with the statement made in paragraph # 43 in that this Court has now Order that a Trustee be appointed to manage the Debtor's estate pursuant to 11 U.S. C §1104.

20.  That Debtor agrees with the statement made in paragraph #44.

21.   That Debtor disagrees with the statement made in paragraph #45 in that there will be more than sufficient funds to rehabilitate Debtor's properties because there is significant equity and value in the Debtor's estate.

22.   Debtor agrees in part and disagrees in part with the statement made in paragraph #46 and has undertaken the task of accounting for all of his income and expenses and has already established a debtor-in possession account with Capitol One Bank as filed with this Court at Docket #93.

23. Debtor agrees with the statement made in paragraph #47.

24.  Debtor disagrees with the statement made in paragraph #48.

25.  That the Debtor agrees with the statements made in paragraph #49.

26.  That the Debtor disagrees with the statement made in paragraph #50 now that the appointment of a Trustee is pending and that this Court should allow the new Trustee to express the suitability of maintaining the services of the Receiver given the comments noted above concerning duplicative tasks and services and financial burden on the Debtor in items #14 and #19.

27.  That with respect to the statement made in paragraph #51, the Debtor refers to the statements made above in item #25.

28.  That the Debtor does not have sufficient information to agree or disagree with the statement made in paragraph #52.

**WHEREFORE**, Debtor prays:

A. That the Motion to Continue Retention and Funding of State Court Ordered Receiver be denied in light of the pending appointment of a new Trustee and;

B.  For such other and further relief as the nature of this cause requires.

Respectfully Submitted,

/s/ Charles M. Maynard
Charles M. Maynard
**LAW OFFICE OF CHARLES M. MAYNARD, LLC**
200-A Monroe Street, Suite #115
Rockville, MD 20850
(301) 294-6003
(301) 294-6004 FAX
*Attorney for Debtor*

## <u>CERTIFICATE OF SERVICE</u>

**I DO HEREBY CERTIFY** that a copy of the foregoing Response was sent on the 2nd day of July, 2019 by mail to the following to the extent that they were not served electronically via the CM/ECF system.

Joseph A. Guzinski
Assistant United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite #650
Alexandria, VA 22314

Nancy L. Alper
Senior Assistant Attorney General
Office of the Attorney General for the District of Columbia
441 Fourth Street, N.W., Suite #1010S
Washington, DC 20001

Stephon D. Woods, Esq.
Robyn Bender, Esq.
Benjamin Wiseman, Esq.
Office of the Attorney General for the District of Columbia
441 4th Street, NW, Suite #630S
Washington, DC 20001

Thomas K. Stephenson
5134 Sheriff Road, NE, Apt #B-1
Washington, DC 20019

Benjamin P. Smith, Esq.
Schulman Rogers
12505 Park Potomac Ave, 6th Floor
Potomac. MD 20854

Karen A. Bower, Esq.
Law office of Karen Bower
1629 K. Street, NW Suite #300
Washington, DC 20006

Jessica Hepburn Sadler, Esq.
Ballard Spahr, LLP
1909 K. Street, N.W., 12th Floor
Washington, DC 20006

John D. Sadler, Esq.
Ballard Spahr, LLP
1090 K Street, NW, 12th Floor
Washington, DC 20006

/s/ Charles M. Maynard
Charles M. Maynard