NTCHRG (02/03)



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

**In Re**  
Thomas K. Stephenson  
**Debtor**

**Case No.** 19−00149−SMT

**Chapter** 11

## NOTICE OF HEARING

====================

NOTICE IS HEREBY GIVEN that a hearing will be held before the Honorable S. Martin Teel, Jr., United States Bankruptcy Judge for the District of Columbia, in the above−referenced case on the following date and time:

DATE: August 14, 2019

TIME: 2:00 PM

LOCATION: Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001

The following matter(s) will be considered and acted upon at the time:

− Motion Pursuant To 11 U.S.C. § 364 (C) For Authority To Enter Into Finance Agreement With Washington Capital Partners Filed By Thomas K. Stephenson (Docket Entry No. 65)

− Motion To Continue Retention And Funding Of State Court Ordered Receiver Pursuant To Superior Court Orders Filed By The District Of Columbia (Docket Entry No. 75)

− Amended Motion to Sell Property Filed by Thomas K. Stephenson (Docket Entry No. 76)

Dated: 7/30/19

For the Court:
Angela D. Caesar
BY: am